IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,
v.                                                        CASE NO.1:88CR1026-MMP/AK

JOSE SEPULVEDA,

    Defendant.
_____/

### **O R D E R**

This § 2255 matter is before the Court on Doc. 3475, Motion for status report update, by Jose Sepulveda. The motion is **GRANTED**. Defendant's motion to vacate is presently third in line for decision and will be decided in due course. The Clerk is hereby **DIRECTED** to forward Defendant a copy of the portion of the docket sheet covering the year 2007 forward, so that he may update his records.

    **DONE AND ORDERED** this   *1st*   day of February, 2008.

                                                        ***s/ A. KORNBLUM***
                                                        **ALLAN KORNBLUM**
                                                        **UNITED STATES MAGISTRATE JUDGE**