IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 1:88cr1026-MW/GRJ-6

JOSE ELIAS SEPULVEDA,

    Petitioner/Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3551, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 3552. Accordingly

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6), ECF No. 3550, is **SUMMARILY DISMISSED** for lack of jurisdiction. In the alternative, the motion is **DENIED** as untimely. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on October 4, 2018.

                                               s/ **MARK E. WALKER**
                                               **Chief United States District Judge**