# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO.: 1:88cr1026-MW/GRJ-6

JOSE ELIAS SEPULVEDA,

    *Petitioner/Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 3560, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 3561. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's Motion for Relief from Void and Default Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(4), ECF No. 3556, is **DISMISSED** for lack of jurisdiction. In the alternative, the motion is **DENIED** as untimely. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

SO ORDERED on October 13, 2020.

                                                  s/Mark E. Walker          
                                                  **Chief United States District Judge**