```
  MIAFH           *           INMATE DISCIPLINE DATA          *     05-21-2021
PAGE 001 OF 001  *      CHRONOLOGICAL DISCIPLINARY RECORD     *     10:33:05


REGISTER NO: 14878-069 NAME..: SEPULVEDA, JOSE ELIAS
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 05-21-2021

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2242371 - SANCTIONED INCIDENT DATE/TIME: 12-01-2011 1300
DHO HEARING DATE/TIME: 01-06-2012 1300
FACL/CHAIRPERSON.....: COM/CARRERO
APPEAL CASE NUMBER(S): 675609
REPORT REMARKS.......: INMATE FOUND GUILTY OF CODE 331.
    331  POSSESSNG A NON-HAZARDOUS TOOL - FREQ: 1
         DS         / 30 DAYS / CS
         COMP:     LAW:    30 DAYS D/S.  TIME SERVED.
         LP COMM    / 120 DAYS / CS
         COMP:     LAW:    120 DAYS LOSS OF COMMISSARY.  RESTORE 05-04-2012.
         LP EMAIL   / 120 DAYS / CS
         COMP:     LAW:    120 DAYS LOSS OF TRULINCS.  RESTORE 05-04-2012.
         LP VISIT   / 30 DAYS / CS
         COMP:     LAW:    30 DAYS LOSS OF VISITS.  RESTORE 02-04-2012.
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 682583 - SANCTIONED  INCIDENT DATE/TIME: 05-19-1999 1205
UDC HEARING DATE/TIME: 05-20-1999 0830
FACL/UDC/CHAIRPERSON.: LVN/AL1/SWANSON
REPORT REMARKS.......: LOSS OF COMMASSERY AND PHONE FOR 30 DAYS
    306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
         LP COMM    / 30 DAYS / CC
         COMP:     LAW:    SAME AS ABOVE ALL ARE FOR 30 DAYS TOTAL
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 30 DAYS / CC
         COMP:     LAW:    LOSS OF PHONE
                           05-20-1999 TO 06-20-1999
    316  BEING IN UNAUTHORIZED AREA - FREQ: 1
         LP COMM    / 30 DAYS / CC
         COMP:     LAW:    LOSS OF COMMASSERY FOR 30 DAYS
                           05-20-1999 TO 06-20-1999




        G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```